Decided December 4, 1996

## ALAN E. SILVER *v.* STATEWIDE GRIEVANCE COMMITTEE

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 229 (AC 15012), is granted, limited to the following issue:

"Did the Appellate Court properly conclude, under the circumstances of this case, that the plaintiff had no ethical duty under rules 1.15 (b) and 1.6 of the Rules of Professional Conduct, to notify his client's no-fault carrier of the settlement proceeds?"

The Supreme Court docket number is SC 15560.

*Maureen A. Horgan*, assistant bar counsel, in support of the petition.

*William F. Gallagher*, in opposition.

Decided December 4, 1996